RECEIVED
USDC, WESTERN DISTRICT OF LA.
TONY R. MOORE, CLERK
DATE _5/24/10_____
BY_____

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### MONROE DIVISION

| | |
|---|---|
| **JAMES B. BOSTON, aka JAMES L. MADISON** <br> **LA. DOC #108333** | **CIVIL ACTION NO. 09-1654** |
| **VS.** | **SECTION P** |
| | **JUDGE ROBERT G. JAMES** |
| **STEVEN ANDERSON, PAROLE OFFICER,** <br> **AND THE LOUISIANA PAROLE DEPT.** | **MAG. JUDGE KAREN L. HAYES** |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the complaint, insofar as it seeks monetary relief pursuant to 42 U.S.C. §1983, be **DISMISSED WITH PREJUDICE** as frivolous until such time that Plaintiff James B. Boston ("Boston") can demonstrate that his parole revocation and/or sentence has been invalidated or otherwise meet the requirements of *Heck v. Humphrey*, 512 U.S. 477 (1994).

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the complaint, insofar as it seeks *habeas corpus* relief pursuant to 28 U.S.C. §2254, be **DISMISSED WITHOUT PREJUDICE** because Boston did not exhaust available state court remedies prior to filing his federal suit.

**MONROE, LOUISIANA**, this _23_ day of _March_____, 2010.

_____
**ROBERT G. JAMES**
**UNITED STATES DISTRICT JUDGE**